UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SHANO RASOOLI POPAL, et al.,

                         Plaintiffs,

  -against-

CESSNA AIRCRAFT CO.,

                         Defendant.
-----------------------------------------------------------------X

JUDGMENT
05-CV- 0748 (CBA)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
AUG 11 2005
TIME A.M. P.M.

An Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on August 9, 2005, granting defendant's motion for summary judgment, for the reasons set forth on the record on August 9, 2005; it is

ORDERED and ADJUDGED that plaintiffs take nothing of the defendant; and that judgment is hereby entered granting defendant's motion for summary judgment, for the reasons stated on the record on August 9, 2005.

Dated: Brooklyn, New York
       August 10, 2005

/S/
ROBERT C. HEINEMANN
Clerk of Court